**Electronically Filed
Supreme Court
SCWC-19-0000679
08-APR-2021
08:05 AM
Dkt. 3 ODAC**

SCWC-19-0000679

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

PAUL H. STERN,
Petitioner/Defendant-Appellant

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000679; CASE NO. 3DTC-19-053119)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins JJ.)

Petitioner/Defendant-Appellant Paul H. Stern's Application for Writ of Certiorari filed on March 9, 2021, is hereby rejected.

DATED: Honolulu, Hawai'i, April 8, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

